### 34504. MORTON REALTY COMPANY *v.* HUNTER.

SUTTON, C. J. Morton Realty Company sued Dr. Jack Hunter, in the Civil Court of DeKalb County, for rent alleged to be due on an office. The defendant filed an answer and cross-action, to which the plaintiff filed general and special demurrers. The demurrers were overruled, and the plaintiff excepted. *Held:*

The judgment overruling the plaintiff's demurrers to the defendant's answer and cross-action is not such a final judgment as can be reviewed by a direct bill of exceptions. Therefore, the writ of error is dismissed. *Dove* v. *Maxwell,* 184 *Ga.* 460 (191 S. E. 916); *Daniel* v. *Chastaine,* 177 *Ga.* 730 (2) (171 S. E. 373); *White* v. *Chisolm,* 160 *Ga.* 177 (127 S. E. 140); *Johnson* v. *First National Bank of Shellman,* 50 *Ga. App.* 90 (177 S. E. 73).

*Writ of error dismissed. Felton and Worrill, JJ., concur.*

DECIDED APRIL 11, 1953.

*Charles W. Bergman,* for plaintiff in error.
*J. Robin Harris,* contra.